STATE OF NEW JERSEY v. ROLAND HILER.

Nov. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CALVIN CLAYTON.

Nov. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA SNELL.

Nov. 20, 1979. Petition for certification denied.

THOMAS LYONS v. PREMO PHARMACEUTICAL LABS, INC.

Nov. 20, 1979. Petition for certification denied. (See 170 *N.J.Super.* 183)

STATE OF NEW JERSEY v. JAMES EARL TUTT.

Nov. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. RITA ROSCOE.

Nov. 20, 1979. Petition for certification denied.